(March 10, 2015)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. RODRIGUEZ, on Behalf of YOUNA SINGH, Petitioner, v WARDEN,

Riker's Island Correctional Facility, Respondent. [2 NYS3d 801]—

Writ of habeas corpus in the nature of an application for bail reduction upon Queens County indictment No. 10226/14.

Adjudged that the writ is sustained, without costs or disbursements, and bail on

Queens County indictment No. 10226/14 is reduced to the sum of $25,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing that sum as a cash bail alternative; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has given an insurance company bail bond in the amount of $25,000 or has deposited that sum as a cash bail alternative, the Warden of the facility at which the defendant is incarcerated, or his agent, is directed to immediately release the defendant. Skelos, J.P., Balkin, Roman and Hinds-Radix, JJ., concur.